NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3110

LINDA A. WILLIAMS,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

DEPARTMENT OF THE ARMY,

Intervenor.

Petition for review of the Merit Systems Protection Board
in PH0752080427-I-1.

ON MOTION

## O R D E R

Upon consideration of Linda A. Williams' unopposed motion for leave to file a replacement reply brief, with the replacement reply brief attached,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Linda A. Williams
      Calvin A. Morrow, Esq.
      Elizabeth A. Speck, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 9 2009

JAN HORBALY
CLERK